IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT NASLANIC,

    Plaintiff,

v.

INVESTIGATOR MUSTO, et al.,

    Defendant.

3:15-CV-02208
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 28th DAY OF SEPTEMBER, 2017, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation (Doc. 93), **IT IS HEREBY ORDERED THAT:**

1. Defendant Musto's Objections (Doc. 96, 97) are **SUSTAINED** for the reasons set forth in the Court's accompanying memorandum opinion.

2. The Report and Recommendation (Doc. 93) is **OVERRULED** for the reasons set forth in the Court's accompanying memorandum opinion.

3. Defendant Musto's Motion for Summary Judgment (Doc. 69) is **GRANTED**. Judgment is entered **IN FAVOR OF** Defendant Leonard Musto and **AGAINST** Plaintiff Robert Naslanic.

4. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge