IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT NASLANIC, :
:
    Plaintiff, :
:
v. : 3:15-CV-02208
: (JUDGE MARIANI)
INVESTIGATOR MUSTO, et al., :
:
    Defendant. :

## ORDER

**AND NOW, THIS** \_\_19th\_\_ **DAY OF APRIL, 2018,** upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 115) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 115) is **ADOPTED** for the reasons set forth therein.

2. Defendant Jason Gula's Motion for Summary Judgment (Doc. 110) is **GRANTED**. Judgment is entered **IN FAVOR OF** Defendant Jason Gula and **AGAINST** Plaintiff Robert Naslanic.

3. The Clerk of Court is directed to **CLOSE** the action.

Robert D. Mariani
United States District Judge